IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CYNTHIA LYNN WALKER, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV423-022
 )
KILOLO KIJAKAZI, Acting )
Commissioner of Social )
Security, )
 )
    Defendant. )
_____ )

## O R D E R

Before the Court is Defendant Acting Commissioner of Social Security Kilolo Kijakazi's Uncontested Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant. (Doc. 22.) In the motion, Defendant requests that the Court enter a judgment under sentence four of 42 U.S.C. § 405(g) reversing and remanding the case. (Id. at 2.) After careful consideration, Defendant's motion (Doc. 22) is **GRANTED**.

Pursuant to 42 U.S.C. § 405(g), the Commissioner's decision is **REVERSED**, and this case is **REMANDED** to the Commissioner. 42 U.S.C. § 405(g) ("The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."). Following remand, the Commissioner will further consider

Plaintiff's RFC, obtain supplemental vocational expert evidence, take any additional action necessary to complete the administrative record, and issue a new decision. (Doc. 22 at 1.) The Clerk of Court is **DIRECTED** to enter **JUDGMENT** consistent with this order and to close this case.

SO ORDERED this 31ST day of August 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA