AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CYNTHIA LYNN WALKER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV423-022

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 31, 2023, Defendant's Uncontested Motion for Entry of Judgment Under Sentence Four with Remand is granted. Therefore, pursuant to 42 U.S.C. § 405(g), the Commissioner's decision is reversed, and this case is remanded to the Commissioner. This civil action stands closed.



| | |
|---|---|
| September 1, 2023 | John E. Triplett, Clerk of Court |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

GAS Rev 10/2020